Coös,  }
June, 1894.  }

## WATSON *v.* GRAND TRUNK RAILWAY CO.

No action lies against a person causing a defect in a highway for an injury resulting therefrom, if the laying out of the highway has been quashed upon *certiorari.*

CASE, for injuries arising from a defect caused by the defendants in a highway.   To show the existence of the alleged highway, the plaintiff introduced in evidence, subject to the defendants' exception, the record of the laying out referred to in *Grand Trunk Railway Co.* v. *Berlin, ante, p.* 168.   That case is made a part of this.   The plaintiff's evidence tended to show that while he was traveling upon this highway with a horse and carriage, the horse took fright at a car left by the defendants upon their branch railroad within the limits of the highway, in consequence of which he was thrown out of the carriage and injured.   There

was a verdict for the plaintiff which the defendants moved to set aside.

*Twitchell & Libby*, for the plaintiff.

*Almon A. Strout* (of Maine), *Robert N. Chamberlin*, and *Bingham & Bingham*, for the defendants.

CHASE, J.   The decision of this cause was deferred to await the determination of the action, *Grand Trunk Railway Co.* v. *Berlin, ante, p.* 168.   By the judgment in that case, it is established that there was, as against these defendants, no lawful highway at the place of the alleged incumbrance.

*Verdict set aside.*

SMITH, J., did not sit: the others concurred.